# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael A. Zurat            CHAPTER 13
       Jennifer M. Zurat

           BKY. NO. 20-20442 CMB

Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

      Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com