\*FILING FEE PAID\*     (Yes)     No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Zurat_____ JAD/TPA/(CMB)/GLT

Case Number: __20-20442__

Date of Meeting: __3/16/20__     Recording # __12__

Debtor(s) present __✓__ or Not Present ___ (___ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Thompson_____ (Present __✓__ or Not Present)

Date of Plan at § 341: __2/5/20__ Applicable commitment period ___ 3 yrs __✓__ 5 yrs

_____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
_____ Order to Show Cause Requested
_____ To be rescheduled by Clerk

__✓__ Confirmation Order recommended _____ Final __✓__ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
_____ 341 Meeting / OR _____ Conciliation Conf. OR _____ *Contested Hearing
On __8/6/20__ at __11:30 am/pm__ Location _____

Chapter 13 Trustee/Attorney for Trustee