IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
MICHAEL A. ZURAT
JENNIFER M. ZURAT                         :
        Debtor(s).                         :   Case No.  20-20442-CMB
                                          :
                                          :   Chapter 13
ACAR LEASING LTD
d/b/a GM FINANCIAL LEASING
                                          :
        Movant(s),                        :
v.                                        :
                                          :
MICHAEL A. ZURAT                          :
JENNIFER M. ZURAT,                        :
        Respondent(s).                    :

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF ACAR LEASING FOR RELIEF FROM
THE AUTOMATIC STAY <u>(TELEPHONIC PROCEDURE EFFECTIVE
MARCH 16, 2020)</u>**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than July 2, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at <u>www.pawb.uscourts.gov</u>.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **<u>telephonic</u>** hearing will be held on **July 15, 2020** at 10:00 a.m. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's <u>Modified Telephonic Procedures</u>  at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service:  June 15, 2020               William E. Craig

        Attorney for Movant/Applicant
        <u>/s/ William E. Craig</u>
        110 Marter Ave., Suite 301
        Moorestown, NJ 08057
        (856) 866-0100
        bcraig@mortoncraig.com
        92329-PA