IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MICHAEL A. ZURAT<br>JENNIFER M. ZURAT,<br>   **Debtor(s)** | )<br>)<br>) Bankruptcy No. 20-20442-CMB<br>)<br>) Chapter 13 |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING,<br>   **Movant** | )<br>) Related To Document No. 29 and 30<br>)<br>) |
| v. | ) Response Deadline: 7/2/20<br>) |
| MICHAEL A. ZURAT<br>JENNIFER M. ZURAT,<br>   **Respondent(s)** | ) **Hearing Date: 7/15/20 at 10:00 AM**<br>)<br>)<br>) |
| RONDA J. WINNECOUR,<br>   **Trustee** | )<br>) |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on June 15, 2020 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Michael and Jennifer Zurat
1012 Temple Road
Monaca, PA 15061
(Debtors)

Brian C. Thompson, Esq.
Thompson Law Group, P.C.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086
(Attorney For Debtors)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
(856) 866-0100