IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| MICHAEL A. ZURAT | ) |
| JENNIFER M. ZURAT, | ) Bankruptcy No. 20-20442-CMB |
| **Debtor(s)** | ) |
| | ) Chapter 13 |
| ACAR LEASING LTD | ) |
| d/b/a GM FINANCIAL LEASING, | ) Related To Document No. 29 |
| **Movant** | ) |
| | ) |
| v. | ) Response Deadline: 7/2/20 |
| | ) |
| MICHAEL A. ZURAT | ) **Hearing Date: 7/15/20 at 10:00 AM** |
| JENNIFER M. ZURAT, | ) |
| **Respondent(s)** | ) |
| | ) |
| RONDA J. WINNECOUR, | ) |
| **Trustee** | ) |

## ENTERED BY DEFAULT

### ORDER OF COURT

AND NOW, this ____6th____ day of ____July____, 2020, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant ACAR Leasing, LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2018 Chevrolet Equinox** bearing vehicle identification number 2GNAXSEV3J6161605, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

*Carlota M. Böhm* /dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
7/6/20 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-20442-CMB
Michael A. Zurat                                                      Chapter 13
Jennifer M. Zurat
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 1           Date Rcvd: Jul 06, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
db/jdb        +Michael A. Zurat,    Jennifer M. Zurat,    1012 Temple Road,    Monaca, PA 15061-2844

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:
      Brian C. Thompson    on behalf of Debtor Michael A. Zurat bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
      Brian C. Thompson    on behalf of Joint Debtor Jennifer M. Zurat bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7