UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 20-20442-13

MICHAEL A. ZURAT and JENNIFER M. ZURAT                                                    Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-20442-13

MICHAEL A. ZURAT and JENNIFER M. ZURAT  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

    BRIAN C THOMPSON      Ronda Winnecour
    125 WARRENDALE BAYNE RD      600 Grant Street
    WARRENDALE, PA  15086      Suite 3250 USX Tower
        Pittsburgh, PA 15219

By /s/ Lorenzo Nunez
Lorenzo Nunez

xxxxx33881 / 1012100