**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/12/2021

IN RE:

MICHAEL A. ZURAT
JENNIFER M. ZURAT
1012 TEMPLE ROAD
MONACA, PA  15061
XXX-XX-4774          Debtor(s)

XXX-XX-7246

Case No.20-20442 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/12/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | Court Claim # | INT % | CRED DESC | ACCOUNT NO. | CLAIM | COMMENT |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 1 | | 0.00% | NOTICE ONLY | 0036 | 0.00 | PAYPAL/PRAE |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | 2 | | 0.00% | NOTICE ONLY | | 0.00 | DUQ LITE/PRAE |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 3 | | 0.00% | NOTICE ONLY | | 0.00 | NATIONSTAR~MR COOPER/PRAE |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | 4 | 1 | 4.50% | VEHICLE | 2437 | 5,526.85 | CL1GOV@4.5%~PMT/CONF*229.93/PL@LTCD*MATURES 3/25/22 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | 5 | 12 | 0.00% | MORTGAGE REGULAR PAYMEN | 2176 | 0.00 | CL12GOV*PMT/PL-NTC*DKT4PMT-LMT*BGN 3/2020*FR NATIONSTAR-DOC 33 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | 6 | 11 | 4.00% | VEHICLE | 0290 | 32,235.93 | $/CL-PL@4%/PL |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 7 | 10 | 0.00% | UNSECURED CREDITOR | 1001 | 943.87 | |
| **BANCO POPULAR DE PUERTO RICO**<br>PO BOX 366818<br>SAN JUAN, PR 00936 | 8 | 17-2 | 0.00% | UNSECURED CREDITOR | 5067 | 1,027.67 | INSUFF POD*CHRGD OFF 2/27/20*AMD |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 9 | 7 | 0.00% | UNSECURED CREDITOR | 9353 | 1,489.30 | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 10 | 3 | 0.00% | UNSECURED CREDITOR | 4673 | 2,471.33 | |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,739.99<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0872 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 4,088.08<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8338 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 267.84<br>COMMENT: HSBC BANK OF NEVEDA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0367 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 1,409.77<br>COMMENT: SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1072 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 477.82<br>COMMENT: CAP 1*CABELAS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4845 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 2,439.23<br>COMMENT: X5423/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0366 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 14,881.92<br>COMMENT: LOAN 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0366 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 819.36<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6371 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 2,427.26<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1410 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 4,197.90<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4770 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LENDING CLUB CORP**<br>DEPT 34268<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 5,340.51<br>COMMENT: CL DFCTV/CT*DK | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 0623 |
| **LENDING CLUB CORP**<br>DEPT 34268<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 6,903.79<br>COMMENT: CL DFCTV/CT*DK | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 0438 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 3,515.61<br>COMMENT: PAYPAL*GEMB*GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9244 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 691.71<br>COMMENT: SYNCHRONY*PPMC*REF 3537583926 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0036 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 192.46<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2440 |
| **WEB BANK++**<br>215 SOUTH STATE ST<br>STE 300<br>SALT LAKE CITY, UT 84111 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 0.00<br>COMMENT: RS/OE*NO$/SCH G*CL= 11 REM PMTS*BGN 2/2020*NT PROV/PL*AMD CL=$0*W/32 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3881 |
| **MICHAEL ZURAT**<br>1012 TEMPLE RD<br>MONACA, PA 15061 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 842.23<br>COMMENT: CL12GOV*SILENT/PL*FR NATIONSTAR-DOC 33 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2176 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 529.19<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| CLAIM RECORDS | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number:20 <br><br> CLAIM:  144.64 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4056 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS** <br> PO BOX 183853 <br><br> ARLINGTON, TX  76096 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number:2-2 <br><br> CLAIM:  3,218.50 <br> COMMENT:  Deficiency Claim/PACER*AMD*W/27 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3881 |

Case 20-20442-CMB    Doc 60    Filed 11/12/21    Entered 11/12/21 10:29:06    Desc
Page 6 of 6