# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Michael A. Zurat, and Jennifer M. Zurat, <br><br>Debtors. <br>_____<br>Michael A. Zurat, <br><br>Movant, <br><br>v. <br><br>Diversified Air Systems, Inc., <br><br>Respondent. | Bankruptcy Case No.: 20-20442-CMB <br><br>Chapter 13 <br><br><br><br>Document No.: <br><br>Related to Document No.: 64 |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on April 22, 2022, via first class mail postage prepaid:

**Diversified Air Systems, Inc.**
**ATTN: Payroll Department**
**4760 Van Epps Road**
**Cleveland, OH 44131**

Executed on:   April 22, 2022

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor