**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Michael A. Zurat and, Jennifer M. Zurat, | : | Bankruptcy No. 20-20442-CMB |
| Debtors. | : | |
| _____ | : | Chapter 13 |
| Michael A. Zurat and, Jennifer M. Zurat, | : | |
| | : | Document No. |
| Movants, | : | Related to Document No. 67 |
| v. | : | |
| No Respondents | : | |
| Respondent. | : | |

## **CONSENT ORDER APPROVING POST-PETITION AUTOMOBILE FINANCING**

This matter comes before the Court upon the Motion for Post-Petition Financing at Docket No. __67__. upon the foregoing, and for good cause show, it is here by **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion at Docket No. __67__ is **GRANTED** as provided by the terms of this *Order*. Debtor(s) is/are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) the total amount of financing **shall not exceed $15,445.41**; and

    (b) the monthly payments made under the financing agreement **shall not exceed $382.06.**

2. To the extend the Debtor secure financing for the purchase of a new vehicle, such payments **shall be made through the Chapter 13 Plan**. Within **30 DAYS** OF SECURING SUCH FINANCING, Debtor shall file:

    (a) An amended Chapter 13 Plan; and

    (b) a report of financing {Including details of the automobile trade-in or sale, if applicable].

3. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 Trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due

on the loan. The supplement payments shall be in addition to the regular Plan payment, pending confirmation of the Amended Plan.

    4.    The Chapter 13 Trustee shall be authorized to immediately commence distribution to the post-petition creditor in accordance with this order, in the monthly amount included in the report of sale.

    5.    Notwithstanding the inclusion of the post-petition loan within an amended Chapter 13 Plan, the underlying terms of the loan shall not be modified absent the consent of the Post-Petition automobile lender.

    6.    Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the Chapter 13 Plan and file proof of the same with the Court.

Prepared by: Brian C. Thompson, Esquire
Dated:

*Carlota M. Böhm*
                                        dmk
United States Bankruptcy Judge

<u>Case Administrator to Mail to:</u>
Debtor
Counsel for Debtor
Ronda J. Winnecour, Esquire
Office of the U.S. Trustee

FILED
5/6/22 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-20442-CMB

Michael A. Zurat  Chapter 13

Jennifer M. Zurat

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: May 06, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Zurat, Jennifer M. Zurat, 1012 Temple Road, Monaca, PA 15061-2844 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Michael A. Zurat bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Jennifer M. Zurat bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: May 06, 2022     Form ID: pdf900     Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7