## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Michael A. Zurat, | : | Bankruptcy Case No.: 20-20442-CMB |
| | Jennifer M. Zurat, | : | |
| | | : | Chapter 13 |
| | Debtors. | : | |
| | Michael A. Zurat, | : | |
| | Jennifer M. Zurat, | : | |
| | | : | Document No.: 93 |
| | Movants, | : | |
| | | : | Related to Document No.: |
| | v. | : | |
| | | : | Related to Claim No.: 12 |
| | MidFirst Bank, | : | |
| | | : | |
| | Respondent. | : | |

### DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on October 23, 2023, after reasonable investigation and upon review of the Amended Chapter 13 Plan, it appears to Debtor that the Plan is sufficiently funded even with the proposed change for December 1, 2023. Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: November 3, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com