UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:   MICHAEL A ZURAT                       CASE NO:   20-20442
                                               CHAPTER:   13

   Debtor (s)

**Change of Address – Notifications for Creditor**

As to Claim 11-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000 | P.O. Box 169005 |
| Raleigh NC 27605 | Irving, TX 75016 |

Please note that the address for payment **has not changed**. Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address: BKChapter13@WellsFargo.com


  6/27/2024                                /s/ LaDonna Broadway
                                           Bankruptcy Processor
                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# **CERTIFICATE OF SERVICE**

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:  MICHAEL A ZURAT                      CASE NO:  20-20442
                                             CHAPTER:  13

   Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on __6/27/2024__, I served a true and correct copy of the above notice of address change on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.


__6/27/2024__                            /s/ LaDonna Broadway
                                         Bankruptcy Processor
                                         Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto