**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | Michael A. Zurat, | : | Bankruptcy Case No.: 20-20442-CMB |
| | Jennifer M. Zurat, | : | |
| | | : | Chapter 13 |
| | Debtors. | : | |
| | | : | |
| | Michael A. Zurat, | : | |
| | Jennifer M. Zurat, | : | |
| | | : | Document No.: 97 |
| | Movants, | : | |
| | | : | Related to Document No.: |
| | v. | : | |
| | | : | Related to Claim No.: 12 |
| | MidFirst Bank, | : | |
| | | : | |
| | Respondent. | : | |

**<u>DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING</u>**

Pursuant with the Notice of Mortgage Payment Change filed on October 30, 2024, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change December 1, 2024.

The new post-petition monthly payment payable to Respondent is $807.80, effective December 1, 2024, per the notice dated October 30, 2024.  The Debtors' Plan payment provides for a monthly payment to MidFirst Bank of $885.99.  Therefore, Debtors' Plan remains sufficient.

                                                Respectfully Submitted,

Date: <u>November 7, 2024</u>

                                                <u>/s/Brian C. Thompson</u>
                                                Brian C. Thompson, Esquire
                                                Attorney for Debtor
                                                PA I.D. # 91197
                                                Thompson Law Group, P.C.
                                                301 Smith Drive, Suite 6
                                                Cranberry Township, PA 16066
                                                (724) 799-8404 Telephone
                                                (724) 799-8409 Facsimile
                                                bthompson@thompsonattorney.com