# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Michael A. Zurat, | : | Bankruptcy Case No.: 20-20442-CMB |
| | Jennifer M. Zurat, | : | |
| | | : | Chapter 13 |
| | Debtors. | : | |
| | | : | |
| | Michael A. Zurat, | : | |
| | Jennifer M. Zurat, | : | |
| | | : | Document No.: 98 |
| | Movants, | : | |
| | | : | Related to Document No.: 97 |
| | v. | : | |
| | | : | Related to Claim No.: 12 |
| | MidFirst Bank, | : | |
| | | : | |
| | Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on November 7, 2024, on the parties listed below.

MidFirst Bank, Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Evan Durkovic
*Authorized Agent for Creditor*
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: <u>November 7, 2024</u>

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com