**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL A. ZURAT
JENNIFER M. ZURAT
     Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:20-20442

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

2. Approve the Trustee's Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

April 25, 2025

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/05/2020 and confirmed on 3/23/20 . The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 160,158.51 |
| Less Refunds to Debtor | 4,480.17 | |
| TOTAL AMOUNT OF PLAN FUND | | 155,678.34 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 10,220.71 | |
| Trustee Fee | 8,162.48 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18,383.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| MIDFIRST BANK SSB*<br>Acct: 2176 | 0.00 | 52,906.53 | 0.00 | 52,906.53 |
| MIDFIRST BANK SSB*<br>Acct: 2176 | 842.23 | 842.23 | 0.00 | 842.23 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 2437 | 2,516.76 | 2,516.76 | 476.30 | 2,993.06 |
| WELLS FARGO BANK NA D/B/A WELLS FA<br>Acct: 0290 | 32,235.93 | 32,235.93 | 3,429.28 | 35,665.21 |
| | | | | 92,407.03 |
| Priority | | | | |
| BRIAN C THOMPSON ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL A. ZURAT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL A. ZURAT<br>Acct: | 4,480.17 | 4,480.17 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5/22 | 4,680.95 | 4,680.95 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0/24 | 2,039.76 | 2,039.76 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ACAR LEASING LTD D/B/A GM FINANCIAL<br>Acct: 3881 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE<br>Acct: | 0.00 | 13,754.16 | 0.00 | 13,754.16 |
| | | | | 13,754.16 |
| Unsecured | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL<br>Acct: 3881 | 736.51 | 736.51 | 0.00 | 736.51 |
| AMERICAN EXPRESS NATIONAL BANK | 943.87 | 655.73 | 0.00 | 655.73 |

20-20442

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1001 | | | | |
| BANCO POPULAR DE PUERTO RICO | 1,027.67 | 713.94 | 0.00 | 713.94 |
| Acct: 5067 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 1,489.30 | 1,034.65 | 0.00 | 1,034.65 |
| Acct: 9353 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 2,471.33 | 1,716.88 | 0.00 | 1,716.88 |
| Acct: 4673 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 1,739.99 | 1,208.81 | 0.00 | 1,208.81 |
| Acct: 0872 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 4,088.08 | 2,840.07 | 0.00 | 2,840.07 |
| Acct: 8338 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 267.84 | 186.07 | 0.00 | 186.07 |
| Acct: 0367 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 1,409.77 | 979.40 | 0.00 | 979.40 |
| Acct: 1072 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 477.82 | 331.95 | 0.00 | 331.95 |
| Acct: 4845 | | | | |
| CLEARVIEW FCU** | 2,439.23 | 1,694.58 | 0.00 | 1,694.58 |
| Acct: 0366 | | | | |
| CLEARVIEW FCU** | 14,881.92 | 10,338.77 | 0.00 | 10,338.77 |
| Acct: 0366 | | | | |
| LVNV FUNDING LLC | 819.36 | 569.23 | 0.00 | 569.23 |
| Acct: 6371 | | | | |
| LVNV FUNDING LLC | 2,427.26 | 1,686.27 | 0.00 | 1,686.27 |
| Acct: 1410 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 4,197.90 | 2,916.37 | 0.00 | 2,916.37 |
| Acct: 4770 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 3,515.61 | 2,442.36 | 0.00 | 2,442.36 |
| Acct: 9244 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 691.71 | 480.54 | 0.00 | 480.54 |
| Acct: 0036 | | | | |
| CITIBANK NA** | 192.46 | 133.71 | 0.00 | 133.71 |
| Acct: 2440 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 529.19 | 367.64 | 0.00 | 367.64 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 144.64 | 100.48 | 0.00 | 100.48 |
| Acct: 4056 | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LENDING CLUB CORP* | 5,340.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0623 | | | | |
| LENDING CLUB CORP* | 6,903.79 | 0.00 | 0.00 | 0.00 |
| Acct: 0438 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0036 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL ZURAT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEB BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 31,133.96 |

TOTAL PAID TO CREDITORS                                            137,295.15

TOTAL CLAIMED
PRIORITY                    0.00
SECURED              35,594.92
UNSECURED            56,735.76


Date: 04/25/2025                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL A. ZURAT

    JENNIFER M. ZURAT

         Debtor(s)

    Ronda J. Winnecour

         Movant

        vs.

    No Repondents.

Case No.:20-20442

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                               Case No. 20-20442-CMB

Michael A. Zurat                                   Chapter 13

Jennifer M. Zurat

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: auto                                  Page 1 of 3

Date Rcvd: Apr 30, 2025                       Form ID: pdf900                              Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Zurat, Jennifer M. Zurat, 1012 Temple Road, Monaca, PA 15061-2844 |
| 15195983 | | Capital One/Cabelas, PO Box 3021, Salt Lake City, UT 84130 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 01 2025 00:20:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 01 2025 00:20:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:35:57 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:36:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15202202 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 01 2025 00:20:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 15282696 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 01 2025 00:20:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15195979 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2025 00:53:09 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15217982 | | Email/PDF: bncnotices@becket-lee.com | May 01 2025 00:34:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15195980 | + | Email/Text: hildaris.burgos@popular.com | May 01 2025 00:20:00 | Banco Popular de Puerto Rico, PO Box 366818, San Juan, PR 00936-6818 |
| 15195982 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:52:12 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15195981 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 01:11:04 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15214914 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:35:37 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15230446 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2025 00:34:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15195984 | + | Email/Text: bankruptcy@clearviewfcu.org | May 01 2025 00:20:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-4212 |
| 15195985 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0315-2

User: auto

Date Rcvd: Apr 30, 2025

Form ID: pdf900

Total Noticed: 40

| ID | Recip Method | Date/Time | Recipient |
|---|---|---|---|
| | | May 01 2025 00:34:06 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15229255 | + Email/Text: kburkley@bernsteinlaw.com | May 01 2025 00:21:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15195986 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 01 2025 00:20:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 15195987 | + Email/Text: bankruptcy@huntington.com | May 01 2025 00:20:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 15229896 | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2025 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15195988 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 00:35:54 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15216477 | + Email/Text: RASEBN@raslg.com | May 01 2025 00:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15221372 | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:34:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15195989 | + Email/Text: Documentfiling@lciinc.com | May 01 2025 00:19:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15260866 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 01 2025 01:35:58 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15195990 | + Email/Text: nsm_bk_notices@mrcooper.com | May 01 2025 00:19:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15220996 | + Email/Text: nsm_bk_notices@mrcooper.com | May 01 2025 00:19:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15479776 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 01:46:15 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15222712 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:52:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15195991 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2025 01:46:16 | Paypal Credit Services, PO Box 960006, Orlando, FL 32896-0006 |
| 15195992 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2025 00:52:48 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 15230017 | ^ MEBN | May 01 2025 00:14:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15196368 | ^ MEBN | May 01 2025 00:14:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15195993 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2025 01:10:19 | THD/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 15203341 | Email/Text: bankruptcy@huntington.com | May 01 2025 00:20:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15226963 | Email/PDF: ebn_ais@aisinfo.com | May 01 2025 00:52:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15195994 | + Email/Text: bankruptcy@webbank.com | May 01 2025 00:19:00 | WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 15195995 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 01 2025 00:52:10 | Wells Fargo Auto, PO Box 997517, Sacramento, CA 95899-7517 |
| 15219768 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 01 2025 00:36:19 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, |

District/off: 0315-2                    User: auto                    Page 3 of 3
Date Rcvd: Apr 30, 2025              Form ID: pdf900                  Total Noticed: 40

P.O. Box 169005, Irving, TX 75016-9005

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr |    | MidFirst Bank |
| cr |    | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Brian C. Thompson | on behalf of Debtor Michael A. Zurat bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Jennifer M. Zurat bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Danielle M DiLeva | on behalf of Creditor MidFirst Bank ddileva@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8