**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL A. ZURAT
    JENNIFER M. ZURAT
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:20-20442

Chapter 13

Related to:  Document No. 113

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____16th_____ day of _____June_____, 20 _25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
6/16/25 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 20-20442-CMB
Michael A. Zurat                                                                    Chapter 13
Jennifer M. Zurat
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                    Page 1 of 3
Date Rcvd: Jun 16, 2025                      Form ID: pdf900                          Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Zurat, Jennifer M. Zurat, 1012 Temple Road, Monaca, PA 15061-2844 |
| 15195983 | | Capital One/Cabelas, PO Box 3021, Salt Lake City, UT 84130 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 17 2025 00:10:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 17 2025 00:10:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:30:20 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:18:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15202202 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 17 2025 00:10:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 15282696 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 17 2025 00:10:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15195979 | + | Email/PDF: bncnotices@becket-lee.com | Jun 17 2025 00:55:46 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15217982 | | Email/PDF: bncnotices@becket-lee.com | Jun 17 2025 00:30:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15195980 | + | Email/Text: hildaris.burgos@popular.com | Jun 17 2025 00:11:00 | Banco Popular de Puerto Rico, PO Box 366818, San Juan, PR 00936-6818 |
| 15195982 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 00:18:24 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15195981 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 00:55:14 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15214914 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 00:30:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15230446 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 00:18:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15195984 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 17 2025 00:10:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-4212 |
| 15195985 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0315-2                              User: auto                                   Page 2 of 3
Date Rcvd: Jun 16, 2025                         Form ID: pdf900                          Total Noticed: 40

|          |                                                      | Jun 17 2025 00:19:00 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
|----------|------------------------------------------------------|----------------------|---------------------------------------------------------|
| 15229255 | + Email/Text: kburkley@bernsteinlaw.com              | Jun 17 2025 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15195986 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM      | Jun 17 2025 00:10:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 15195987 | + Email/Text: bankruptcy@huntington.com              | Jun 17 2025 00:10:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 15229896 | Email/Text: JCAP_BNC_Notices@jcap.com                | Jun 17 2025 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15195988 | + Email/PDF: ais.chase.ebn@aisinfo.com               | Jun 17 2025 00:29:20 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15216477 | + Email/Text: RASEBN@raslg.com                       | Jun 17 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15221372 | Email/PDF: resurgentbknotifications@resurgent.com    | Jun 17 2025 00:17:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15195989 | + Email/Text: Documentfiling@lciinc.com              | Jun 17 2025 00:09:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15260866 | + Email/PDF: ais.midfirst.ebn@aisinfo.com            | Jun 17 2025 00:30:17 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15195990 | + Email/Text: nsm_bk_notices@mrcooper.com            | Jun 17 2025 00:10:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15220996 | + Email/Text: nsm_bk_notices@mrcooper.com            | Jun 17 2025 00:10:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15479776 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:19:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15222712 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:30:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15195991 | + Email/PDF: ais.sync.ebn@aisinfo.com                | Jun 17 2025 00:43:01 | Paypal Credit Services, PO Box 960006, Orlando, FL 32896-0006 |
| 15195992 | + Email/PDF: ais.sync.ebn@aisinfo.com                | Jun 17 2025 00:29:52 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 15230017 | ^ MEBN                                                | Jun 17 2025 00:01:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15196368 | ^ MEBN                                                | Jun 17 2025 00:01:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15195993 | Email/PDF: Citi.BNC.Correspondence@citi.com          | Jun 17 2025 01:06:39 | THD/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 15203341 | Email/Text: bankruptcy@huntington.com                | Jun 17 2025 00:10:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15226963 | Email/PDF: ebn_ais@aisinfo.com                       | Jun 17 2025 00:17:20 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15195994 | + Email/Text: bankruptcy@webbank.com                 | Jun 17 2025 00:09:00 | WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 15195995 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 17 2025 00:19:00 | Wells Fargo Auto, PO Box 997517, Sacramento, CA 95899-7517 |
| 15219768 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 17 2025 00:55:32 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, |

District/off: 0315-2                                   User: auto                                   Page 3 of 3
Date Rcvd: Jun 16, 2025                          Form ID: pdf900                          Total Noticed: 40

P.O. Box 169005, Irving, TX 75016-9005

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian C. Thompson | on behalf of Debtor Michael A. Zurat bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Jennifer M. Zurat bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Danielle M DiLeva | on behalf of Creditor MidFirst Bank ddileva@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8